UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:15CV-P113-GNS

ROY ANDERSON CARVER, JR.                            PETITIONER/APPELLANT

v.

JACKIE T. STRODE                                   RESPONDENT/APPELLEE

## MEMORANDUM AND ORDER

Petitioner Roy Anderson Carver, Jr., filed this *pro se* action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus.  This matter is before the Court on Petitioner's notice of appeal (DN 20).  On March 24, 2016, upon preliminary screening of the amended petition, the Court entered an Order directing service of the amended § 2254 petition on Respondent and the Kentucky Attorney General.  Respondent filed a motion to dismiss or, in the alternative, for extension of time to file an answer, which is pending before the Court.  In the instant notice of appeal, filed on March 28, 2016, Petitioner states that he is appealing "from § 2254 Court Order for Due Process Plain Error."  He does not identify an order from which he is appealing.  In any event, this action is still pending, and the appeal is not taken from a final and appealable order.

Plaintiff did not pay the appellate filing fee or file a motion to appeal *in forma pauperis*. The Sixth Circuit has held that the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915, does not apply in the context of 28 U.S.C. § 2254 petitions.  *Kincade v. Sparkman*, 117 F.3d 949, 951 (6th Cir. 1997).  Rather, to appeal *in forma pauperis* in a § 2254 case, and thereby avoid the appellate filing fee, an appellant must seek permission from the district court under Federal Rule of Appellate Procedure 24(a).  *Id*. at 952.  Under Federal Rule of Appellate Procedure 24(a)(3)(A), Petitioner may proceed on appeal *in forma pauperis* **unless** "the district court— before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or

finds that [he] is not otherwise entitled to proceed *in forma pauperis* and states in writing its reasons for the certification or finding."

A certificate of appealability (COA) may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483 (2000).  Although the statutory language provides that a certificate of appealability is required for an appeal from a "final order," § 2253(c)(1)(A), "the requirement of a certificate of appealability may apply to interlocutory appeals."  *Lordi v. Ishee*, 22 F. App'x 585, 585-86 (6th Cir. 2001).  The pending notice of appeal is not from a final and appealable order.  Accordingly, **IT IS ORDERED** that a COA is **DENIED.**

The same conclusion leads this Court to **certify** that this appeal is not taken in good faith.  Accordingly, **IT IS ORDERED** that Petitioner is not entitled to proceed *in forma pauperis* on appeal.

**To proceed with this interlocutory appeal, Petitioner must either pay the $505.00 appellate filing fee to the Clerk of the District Court within <u>30 days</u> of entry of this Order or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit within <u>30 days</u> after service of this Order in accordance with Fed. R. App. P. 24(a)(5).**  *Kincade v. Sparkman*, 117 F.3d at 952.  Should Petitioner choose to pay the full $505.00 appellate filing fee rather than file a motion to proceed on appeal *in forma pauperis* in the Court of Appeals, payment must be made payable to **Clerk, U.S. District Court** and sent to the following address:

United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY  40202

Failure to pay the $505.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit within 30 days **may result in dismissal of the appeal**.   A copy of this Order is being sent to the United States Court of Appeals for the Sixth Circuit.   *See* Fed. R. App. P. 24(a)(4).

Date:   May 12, 2016

**Greg N. Stivers, Judge**
**United States District Court**

cc:      Petitioner, *pro se*
         Counsel of record
         Clerk, Sixth Circuit (No. 16-5423)
4416.010